### RICHARDSON v. STATE.　(8 Div. 60.)

(Court of Appeals of Alabama.　May 29, 1923.)

Criminal law ☞1090(16)—Order denying motion to set aside verdict and for new trial not reviewable in absence of bill of exceptions.

An order denying a motion to set aside the verdict and grant a new trial cannot be reviewed where the transcript contains no bill of exceptions.

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

Bethel Richardson was convicted of violating the prohibition law, and he appeals. Affirmed.

Chas. T. Grimmett, of Huntsville, for appellant.

No brief reached the Reporter.

Harwell G. Davis, Atty. Gen., for the State.

No brief reached the Reporter.

BRICKEN, P. J. Count 2 of the indictment, upon which defendant was convicted, charged him with unlawfully possessing a still, etc. The court pronounced judgment, and duly sentenced him to an indeterminate term of imprisonment in the penitentiary.

The transcript contains a motion for a new trial, but no bill of exceptions, and in the absence of a bill of exceptions we cannot review the action of the court in denying the motion to set aside the verdict and grant a new trial.

As the record is free from error, the judgment appealed from must stand affirmed.

Affirmed.